B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

<u>   Northern   </u> District Of <u>   Georgia   </u>

In re <u>  Jeffery Lynn Buchanan            </u>,    Case No. <u>   18-10201-WHD   </u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>U.S. Bank Trust National Association,
as Trustee of the Cabana Series III Trust</u>
Name of Transferee

<u>U.S. Bank Trust National Association,
as Trustee of the Chalet Series III Trust</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038
Phone: <u>         972-347-4350         </u>
Last Four Digits of Acct #: <u>    7809    </u>

Court Claim # (if known): <u>    3    </u>
Amount of Claim: <u>   $75,046.26   </u>
Date Claim Filed: <u>     03/05/2018     </u>

Phone: <u>  972-347-4350          </u>
Last Four Digits of Acct. #: <u>   7809   </u>

Name and Address where transferee payments should be sent (if different from above):
c/o BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone: <u>                                </u>
Last Four Digits of Acct #:<u>             </u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>  /s/ signature                </u>    Date: <u>  09/06/2019  </u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

eFiled & eRecorded
DATE: 4/10/2019
TIME: 4:08 PM
DEED BOOK: 04400
PAGE: 00002 - 00003
RECORDING FEES: $9.00
PARTICIPANT ID: 9578415599,7067927936
CLERK: Debbie L. Brooks
Spalding County, GA

Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_____ Space above for Recorder's use _____

Loan No:

## ASSIGNMENT OF SECURITY DEED

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST**, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNOR), does hereby grant, assign and transfer to **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES III TRUST**, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain Security Deed, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Security Deed: 9/3/2003
Original Loan Amount: $84,000.00
Executed by (Borrower(s)): **JEFFERY L. BUCHANAN**
Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR IRWIN MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**
Filed of Record: In Book 02393, Page 00227,
Document/Instrument No: N/A in the Recording District of SPALDING, GA, Recorded on 11/10/2003.

Property more commonly described as: **149 LANSDOWN DRIVE, GRIFFIN, GEORGIA 30223**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **MAR 2 9 2019**

US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT

By: **MARK WATERMAN**
Title: **VICE PRESIDENT**

Witness Name: JEFF JORDAN

Witness Name: ANTHONY RUSCITO

BATCH#11127, POA WAS RECORDED IN SPALDING COUNTY, GA, ON 3/12/2019, BK:4387/PG:305

eFiled & eRecorded
DATE: 4/10/2019
TIME: 4:08 PM
DEED BOOK: 04400
PAGE: 00003

Case 18-10201-whd    Doc 28    Filed 09/10/19    Entered 09/10/19 09:45:17    Desc Main
Document    Page 3 of 4

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **FLORIDA**
County of **PINELLAS**

On **MAR 2 9 2019**, before me, GERALD E. MURCH, a Notary Public, personally appeared **MARK WATERMAN, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST,** personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify **MARK WATERMAN** signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

*(signature)*

(Notary Name): **GERALD E. MURCH**
My commission expires: 2/13/2022

GERALD E MURCH
Commission # GG 171364
Expires February 13, 2022
Bonded Thru Budget Notary Services

## CERTIFICATE OF SERVICE

This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Melissa J. Davey, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

Alex M. Vansaghi, Esq.
Attorney for Debtor
Via Electronic Notice

Jeffery Lynn Buchanan
149 Lansdowne Drive
Griffin, GA 30223

This 10th day of September, 2019.

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA 30010-3533
(770) 448-5377
Email: meratl@aol.com