| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Jeffery Lynn Buchanan |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Georgia (State) |
| Case number | 18-10201-lrc |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Dwelling Series III Trust

**Court claim no. (if known):** 3-2

**Last 4 digits** of any number you use to identify the debtor's account: 2138

**Property Address:** 149 Lansdown Dr
Number        Street
Griffin, GA 30223
City        State    Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:
MM/ DD /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. | Total postpetition ongoing payments due: 3/1/22-5/1/22 3@751.45 | (a) $ 2,254.35 |
| b. | Total fees, charges, expenses, escrow, and cost outstanding: (Notice filed 8/27/2018) | (b) $ 175.00 |
| c. | **Total**. Add lines a and b. | (c) $ 2,429.35 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    03 / 01 / 2022
MM/ DD /YYYY

Less Suspense-$566.15
Total=$1,863.20

---

Official Form 4100R            **Response to Notice of Final Cure Payment**            Page 1

| Debtor 1 | Jeffery Lynn Buchanan | Case Number (if known) | 18-10201-lrc |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Laura A. Grifka                              Date 05/20/2022
   Signature

Print: Laura A. Grifka,           Bar No. GBN 312055        Title   Bankruptcy Attorney
       First name  Middle Name  Last name

Company: MCMICHAEL TAYLOR GRAY, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 3550 Engineering Drive, Suite 260
         Number           Street

         Peachtree Corners, GA 30092
         City       State    Zip Code

Contact phone  404-474-7149         Email:  lgrifka@mtglaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Jeffery Lynn Buchanan
149 Lansdowne Drive
Griffin, GA 30223


**Via CM/ECF electronic service:**
Alex M Vansaghi
Vansaghi & Associates, LLC
P. O. Box 3426
McDonough, GA 30253

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street, NE
Atlanta, GA 30303

Dated: May 20, 2022

                By: /s/ Laura A. Grifka
                Laura A. Grifka, GBN 312055

                MCMICHAEL TAYLOR GRAY, LLC
                Attorney for Creditor
                3550 Engineering Drive, Suite 260
                Peachtree Corners, GA 30092
                Telephone: 404-474-7149
                Facsimile: 404-745-8121
                E-mail: lgrifka@mtglaw.com
                MTG File No.: 21-000212-03



| | | PAYMENT CHANGES | | | |
|---|---|---|---|---|---|
| | DATE | P&I | Escrow | TOTAL | Reference |
| | 08/01/16 | 517.21 | 209.95 | 727.16 | |
| | 03/01/17 | 517.21 | 227.29 | 744.50 | |
| | 05/01/17 | 517.21 | 0.00 | 517.21 | |
| | **03/01/18** | **517.21** | **215.64** | **732.85** | Payment listed in POC |
| | 08/01/19 | 517.21 | 223.38 | 740.59 | NOPC filed with the court |
| | 08/01/20 | 517.21 | 225.94 | 743.15 | NOPC filed with the court |
| | 08/01/21 | 517.21 | 234.24 | 751.45 | NOPC filed with the court |
| | | | | 0.00 | |
| | | | | 0.00 | |
| | | | | 0.00 | |

| | |
|---|---|
| Loan# | |
| Borrower: | Buchanan |
| Date Filed: | 2/2/2018 |
| BK Case # | 18-10201 |
| First Post Petition Due Date: | 3/1/2018 |
| POC covers: | 8/1/16 - 2/1/18 |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | APO DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | |
| 2/16/2018 | $750.00 | Post | 3/1/18 | 8/1/16 | $732.85 | $17.15 | $17.15 | | $17.15 | |
| 3/14/2018 | $750.00 | post | 4/1/18 | 9/1/16 | $732.85 | $17.15 | $17.15 | | $34.30 | |
| 4/10/2018 | $750.00 | Post | 5/1/18 | 10/1/16 | $732.85 | $17.15 | $17.15 | | $51.45 | |
| 5/23/2018 | $750.00 | Post | 6/1/18 | 11/1/16 | $732.85 | $17.15 | $17.15 | | $68.60 | |
| 6/21/2018 | $750.00 | Post | 7/1/18 | 12/1/16 | $732.85 | $17.15 | $17.15 | | $85.75 | |
| 7/28/2018 | $750.00 | Post | 8/1/18 | 1/1/17 | $732.85 | $17.15 | $17.15 | | $102.90 | |
| 8/8/2018 | | Pre | Trustee | | | $0.00 | | | $102.90 | |
| 8/9/2018 | | Pre | contractual applied | 2/1/17 | | $0.00 | | | $102.90 | |
| 8/28/2018 | $750.00 | Post | 9/1/18 | 3/1/17 | $732.85 | $17.15 | $17.15 | | $120.05 | |
| 9/10/2018 | | pre | Trustee | | | $0.00 | | | $120.05 | |
| 10/11/2018 | $750.00 | Post | 10/1/18 | 4/1/17 | $732.85 | $17.15 | $17.15 | | $137.20 | |
| 10/17/2018 | | Pre | Trustee | | | $0.00 | | | $137.20 | |
| 11/2/2018 | $750.00 | Post | 11/1/18 | 5/1/17 | $732.85 | $17.15 | $17.15 | | $154.35 | |
| 12/24/2018 | $750.00 | Post | 12/1/18 | 6/1/17 | $732.85 | $17.15 | $17.15 | | $171.50 | |
| 2/6/2019 | $750.00 | Post | 1/1/19 | 7/1/17 | $732.85 | $17.15 | $17.15 | | $188.65 | |
| 2/8/2019 | | Pre | Trustee | | | $0.00 | | | $188.65 | |
| 2/19/2019 | | Pre | | | | $0.00 | | | $188.65 | |
| 3/20/2019 | | Pre | Trustee | | | $0.00 | | | $188.65 | |
| 4/1/2019 | $750.00 | Post | 2/1/19 | 8/1/17 | $732.85 | $17.15 | $17.15 | | $205.80 | |
| 4/9/2019 | $750.00 | Post | 3/1/19 | 9/1/17 | $732.85 | $17.15 | $17.15 | | $222.95 | |
| | | | | | | $0.00 | | | $222.95 | |
| 4/9/2019 | | Pre | Trustee | | | $0.00 | | | $222.95 | |
| 4/18/2019 | | PRe | Trustee | | | $0.00 | | | $222.95 | |
| 4/30/2019 | $750.00 | Post | 4/1/19 | 10/1/17 | $732.85 | $17.15 | $17.15 | | $240.10 | |
| 5/13/2019 | | Pre | Trustee | | | $0.00 | | | $240.10 | |
| 5/31/2019 | $750.00 | Post | 5/1/19 | 11/1/17 | $732.85 | $17.15 | $17.15 | | $257.25 | |
| 6/14/2019 | | Pre | Trustee | | | $0.00 | | | $257.25 | |
| 6/14/2019 | | Pre | contractual applied | 12/1/17 | | $0.00 | | | $257.25 | |
| 6/14/2019 | | Pre | contractual applied | 1/1/18 | | $0.00 | | | $257.25 | |
| 7/2/2019 | $800.00 | Post | 6/1/19 | 2/1/18 | $732.85 | $67.15 | $67.15 | | $324.40 | |
| 7/15/2019 | | Pre | Trustee | | | $0.00 | | | $324.40 | |
| 8/7/2019 | | Pre | Trustee | | | $0.00 | | | $324.40 | |
| 9/10/2019 | | Pre | Trustee | | | $0.00 | | | $324.40 | |
| 9/10/2019 | | Pre | contractual applied | 3/1/18 | | $0.00 | | | $324.40 | |
| | | | APO entered for 7/1/19 to 9/1/19 + $1031 MFR fees/costs less $324.40 suspense. Total $2920.63 | | | $0.00 | | $324.40 | $0.00 | |
| 10/3/2019 | $2,920.63 | Post | APO pmt | | | $2,920.63 | | | $0.00 | |
| 10/3/2019 | | Post | APO applied | 4/1/18 | | $0.00 | | | $0.00 | 7/1/2019 |
| 10/3/2019 | | Post | APO applied | 5/1/18 | | $0.00 | | | $0.00 | 8/1/2019 |

| Date | Amount | Type | Description | Date2 | Val1 | Val2 | Val3 | Val4 | Balance | Date3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/2019 | | Post | APO applied | 6/1/18 | | $0.00 | | | $0.00 | 9/1/2019 |
| 10/8/2019 | | Pre | Trustee | | | $0.00 | | | $0.00 | |
| 10/17/2019 | | Post | applied to corp adv | | | $0.00 | | | $0.00 | |
| 10/28/2019 | $800.00 | Post | 10/1/19 | 7/1/18 | $740.59 | $59.41 | $59.41 | | $59.41 | |
| 11/12/2019 | | Pre | Trustee | | | $0.00 | | | $59.41 | |
| 11/12/2019 | | Pre | contractual applied | 8/1/18 | | $0.00 | | | $59.41 | |
| 11/25/2019 | $800.00 | Post | 11/1/19 | 9/1/18 | $740.59 | $59.41 | $59.41 | | $118.82 | |
| 12/10/2019 | | Pre | Trustee | | | $0.00 | | | $118.82 | |
| 12/10/2019 | | Pre | contractual applied | 10/1/18 | | $0.00 | | | $118.82 | |
| 12/16/2019 | $800.00 | Post | 12/1/19 | 11/1/18 | $740.59 | $59.41 | $59.41 | | $178.23 | |
| 1/8/2020 | | Pre | Trustee | | | $0.00 | | | $178.23 | |
| 1/21/2020 | $800.00 | Post | 1/1/20 | 12/1/18 | $740.59 | $59.41 | $59.41 | | $237.64 | |
| 2/11/2020 | | Pre | Trustee | | | $0.00 | | | $237.64 | |
| 2/11/2020 | | Pre | contractual applied | 1/1/19 | | $0.00 | | | $237.64 | |
| 2/13/2020 | $850.00 | Post | 2/1/20 | 2/1/19 | $740.59 | $109.41 | $109.41 | | $347.05 | |
| 3/11/2020 | | Pre | Trustee | | | $0.00 | | | $347.05 | |
| 3/12/2020 | $850.00 | Post | 3/1/20 | 3/1/19 | $740.59 | $109.41 | $109.41 | | $456.46 | |
| 4/3/2020 | | Pre | Trustee | | | $0.00 | | | $456.46 | |
| 4/14/2020 | $850.00 | Post | 4/1/20 | 4/1/19 | $740.59 | $109.41 | $109.41 | | $565.87 | |
| 5/7/2020 | | Pre | Trustee | | | $0.00 | | | $565.87 | |
| 5/7/2020 | | Pre | contractual applied | 5/1/19 | | $0.00 | | | $565.87 | |
| 5/18/2020 | $900.00 | Post | 5/1/20 | 6/1/19 | $740.59 | $159.41 | $159.41 | | $725.28 | |
| 6/9/2020 | | Pre | Trustee | | | $0.00 | | | $725.28 | |
| 6/19/2020 | $900.00 | Post | 6/1/20 | 7/1/19 | $740.59 | $159.41 | $159.41 | | $884.69 | |
| 6/19/2020 | | Post | 7/1/20 | 8/1/19 | $740.59 | -$740.59 | | $740.59 | $144.10 | |
| 7/7/2020 | | Pre | Trustee | | | $0.00 | | | $144.10 | |
| 7/9/2020 | $900.00 | Post | 8/1/20 | 9/1/19 | $743.15 | $156.85 | $156.85 | | $300.95 | |
| 8/11/2020 | | PRe | Trustee | | | $0.00 | | | $300.95 | |
| 8/20/2020 | $800.00 | Post | 9/1/20 | 10/1/19 | $743.15 | $56.85 | $56.85 | | $357.80 | |
| 9/8/2020 | | Pre | Trustee | | | $0.00 | | | $357.80 | |
| 9/22/2020 | $800.00 | post | 10/1/20 | 11/1/19 | $743.15 | $56.85 | $56.85 | | $414.65 | |
| 10/6/2020 | | PRe | Trustee | | | $0.00 | | | $414.65 | |
| 10/29/2020 | $800.00 | Post | 11/1/20 | 12/1/19 | $743.15 | $56.85 | $56.85 | | $471.50 | |
| 11/10/2020 | | Pre | Trustee | | | $0.00 | | | $471.50 | |
| 11/10/2020 | | Pre | contractual applied | 1/1/20 | | $0.00 | | | $471.50 | |
| 11/10/2020 | | Pre | contractual applied | 2/1/20 | | $0.00 | | | $471.50 | |
| 11/10/2020 | | Pre | contractual applied | 3/1/20 | | $0.00 | | | $471.50 | |
| 11/20/2020 | $850.00 | Post | 12/1/20 | 4/1/20 | $743.15 | $106.85 | $106.85 | | $578.35 | |
| 12/10/2020 | | Pre | Trustee | | | $0.00 | | | $578.35 | |
| 12/10/2020 | | PRe | applied to escrow | | | $0.00 | | | $578.35 | |
| 12/28/2020 | $850.00 | Post | 1/1/21 | 5/1/20 | $743.15 | $106.85 | $106.85 | | $685.20 | |
| 1/14/2021 | | Pre | Trustee | | | $0.00 | | | $685.20 | |
| 1/14/2021 | | Pre | applied to escrow | | | $0.00 | | | $685.20 | |
| 1/22/2021 | $850.00 | Post | 2/1/21 | 6/1/20 | $743.15 | $106.85 | $106.85 | | $792.05 | |
| 1/22/2021 | | Post | 3/1/21 | 7/1/20 | $743.15 | -$743.15 | | $743.15 | $48.90 | |
| 2/6/2021 | | Pre | Trustee | | | $0.00 | | | $48.90 | |
| 2/6/2021 | | Pre | applied to escrow | | | $0.00 | | | $48.90 | |
| 2/22/2021 | $850.00 | Post | 4/1/21 | 8/1/20 | $743.15 | $106.85 | $106.85 | | $155.75 | |
| 3/13/2021 | | Pre | Trustee | | | $0.00 | | | $155.75 | |
| 3/13/2021 | | Pre | applied to escrow | | | $0.00 | | | $155.75 | |
| 3/25/2021 | $900.00 | Post | 5/1/21 | 9/1/20 | $743.15 | $156.85 | $156.85 | | $312.60 | |
| 4/7/2021 | | Pre | Trustee | | | $0.00 | | | $312.60 | |
| 4/7/2021 | | Pre | applied to escrow | | | $0.00 | | | $312.60 | |
| 4/15/2021 | $850.00 | Post | 6/1/21 | 10/1/20 | $743.15 | $106.85 | $106.85 | | $419.45 | |
| 5/7/2021 | | Pre | Trustee | | | $0.00 | | | $419.45 | |
| 5/7/2021 | | Pre | applied to escrow | | | $0.00 | | | $419.45 | |
| 5/20/2021 | $850.00 | Post | 7/1/21 | 11/1/20 | $743.15 | $106.85 | $106.85 | | $526.30 | |
| 6/11/2021 | | Pre | Trustee | | | $0.00 | | | $526.30 | |

| Date | Amount | Pre/Post | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6/11/2021 | | Pre | applied to escrow | | | $0.00 | | | $526.30 |
| 6/17/2021 | $850.00 | Post | 8/1/21 | 12/1/20 | $751.45 | $98.55 | $98.55 | | $624.85 |
| 7/13/2021 | | Pre | Trustee | | | $0.00 | | | $624.85 |
| 7/13/2021 | | Pre | applied to escrow | | | $0.00 | | | $624.85 |
| 7/20/2021 | $850.00 | Post | 9/1/21 | 1/1/21 | $751.45 | $98.55 | $98.55 | | $723.40 |
| 8/9/2021 | | Pre | Trustee | | | $0.00 | | | $723.40 |
| 8/9/2021 | | Pre | applied to escrow | | | $0.00 | | | $723.40 |
| 8/13/2021 | $900.00 | Post | 10/1/21 | 2/1/21 | $751.45 | $148.55 | $148.55 | | $871.95 |
| 8/13/2021 | | Post | 11/1/21 | 3/1/21 | $751.45 | -$751.45 | | $751.45 | $120.50 |
| 8/13/2021 | | Pre | contractual applied | 4/1/21 | | | | | $120.50 |
| 8/13/2021 | | Pre | contractual applied | 5/1/21 | | | | | $120.50 |
| 8/13/2021 | | Pre | contractual applied | 6/1/21 | | | | | $120.50 |
| 8/13/2021 | | Pre | contractual applied | 7/1/21 | | | | | $120.50 |
| 8/13/2021 | | Pre | contractual applied | 8/1/21 | | | | | $120.50 |
| 9/23/2021 | | Pre | Trustee | | | $0.00 | | | $120.50 |
| 9/30/2021 | | Pre | contractual applied | 9/1/21 | | $0.00 | | | $120.50 |
| 10/8/2021 | $900.00 | Post | 12/1/21 | 10/1/21 | $751.45 | $148.55 | $148.55 | | $269.05 |
| 10/29/2021 | | Pre | Trustee | | | $0.00 | | | $269.05 |
| 11/5/2021 | $900.00 | Post | 1/1/22 | 11/1/21 | $751.45 | $148.55 | $148.55 | | $417.60 |
| 11/9/2021 | | Pre | Trustee | | | $0.00 | | | $417.60 |
| 12/1/2021 | $900.00 | Post | 2/1/22 | 12/1/21 | $751.45 | $148.55 | $148.55 | | $566.15 |
| 12/7/2021 | | Pre | Trustee | | | $0.00 | | | $566.15 |
| 12/8/2021 | | Pre | contractual applied | 1/1/22 | | $0.00 | | | $566.15 |
| 12/8/2021 | | Pre | applied to escrow | | | $0.00 | | | $566.15 |
| 1/13/2021 | | PRe | Trustee | | | $0.00 | | | $566.15 |
| | | pre | contractual applied | 2/1/22 | | $0.00 | | | $566.15 |
| 2/10/2022 | $382.65 | Pre | | | | $382.65 | | | $566.15 |
| 3/11/2022 | $457.62 | Pre | | | | $457.62 | | | $566.15 |
| 4/20/2022 | $53.11 | pre | | | | $53.11 | | | $566.15 |
| **DUE** | | | **3/1/22** | **3/1/22** | **$751.45** | **-$751.45** | | | **$566.15** |
| **DUE** | | | **4/1/22** | **4/1/22** | **$751.45** | **-$751.45** | | | **$566.15** |
| **DUE** | | | **5/1/22** | **5/1/22** | **$751.45** | **-$751.45** | | | **$566.15** |